**Order entered October 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01295-CV

## IN RE NATIONAL HEALTH INVESTORS, INC. AND NHI-REIT OF AXEL, LLC, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/     CRAIG STODDART
           JUSTICE